UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
MATTHEW ANDREW MAGGIO                              CASE NO. 20-10436
1700 ROSLYN DR #25D                                JUDGE BENJAMIN A. KAHN
BURLINGTON, NC  27215

     DEBTOR

SSN(1) XXX-XX-5964                                 DATE: 01/21/2021

---

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALAMANCE CO REGISTER OF DEEDS<br>P O BOX 837<br>GRAHAM, NC  27253 | $52.00<br>INT: .00%<br>NAME ID: 1735<br>CLAIM #: 0011 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $87.67<br>INT: 10.30%<br>NAME ID: 2794<br>CLAIM #: 0001 | (S) SECURED<br><br>ACCT: 0436<br>COMMENT: OC |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $11.33<br>INT: .00%<br>NAME ID: 2794<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: EHTX<br>COMMENT: SPLIT |
| BROOKWOOD GARDEN ASSOCIATION<br>% BURLINGTON RENTALS &<br>PROPERTY MANAGEMENT INC<br>2280 S CHURCH ST STE 205<br>BURLINGTON, NC  27215 | MONTHLY PMT $175.00<br>INT: .00%<br>NAME ID: 182265<br>CLAIM #: 0004 | (H) ONGOING-SECURED<br><br>ACCT:<br>COMMENT: ASDU,CTD,EFF SEPT20 |
| BROOKWOOD GARDEN ASSOCIATION<br>% BURLINGTON RENTALS &<br>PROPERTY MANAGEMENT INC<br>2280 S CHURCH ST STE 205<br>BURLINGTON, NC  27215 | $5,062.70<br>INT: .00%<br>NAME ID: 182265<br>CLAIM #: 0005 | (R) ARREARAGE-SECURED<br><br>ACCT:<br>COMMENT: ARR THRU AUG20 |
| CHOICE RECOVERY<br>1105 SHROCK RD STE 700<br>COLUMBUS, OH  43229 | $0.00<br>INT: .00%<br>NAME ID: 182222<br>CLAIM #: 0007 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CMRE FINANCIAL SVC<br>3075 E IMPERIAL HWY STE 200<br>BREA, CA  92821 | $0.00<br>INT: .00%<br>NAME ID: 146478<br>CLAIM #: 0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $3,172.16<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0002 | (U) UNSECURED<br><br>ACCT: PEN<br>COMMENT: OC |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10436

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:  5964<br>COMMENT: |
| PMAB LLC<br>EIGHT WATER RIDGE PLAZA<br>4135 SOUTHSTREAM BLVD STE 400<br>CHARLOTTE, NC  28217 | $0.00<br>INT:  .00%<br>NAME ID:  161880<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$8,560.86** | |
| SAMANTHA K BRUMBAUGH ESQ<br>IVEY MCCLELLAN GATTON & SIEGMUND LLP<br>P O BOX 3324<br>GREENSBORO, NC  27402 | $0.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

      Clerk, U.S. Bankruptcy Court
      101 S. Edgeworth Street
      P.O. Box 26100
      Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date: 01/21/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
    Clerk
    Chapter 13 Office
    500 W FRIENDLY AVE STE 200
    P O BOX 1720
    GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice